UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ETHEL COY and LU ANN GUY, individually and on behalf of all those similarly situated,

        Plaintiff,

vs.                       Case No. 2:05-cv-103-FtM-33DNF

ALLSTATE FLORIDIAN INSURANCE CORPORATION,

        Defendant.
_____

**ORDER**

    This matter comes before the Court on magistrate judge Douglas N. Frazier's Report and Recommendation (Doc. #51) filed on January 24, 2006, recommending that the Court deny Plaintiff's Amended Motion for Class Certification (Doc. #35). The Plaintiffs filed objections to the Report and Recommendation (Doc. #52) on February 3, 2006.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). A district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which

specific objection has been made by a party." Jeffrey S. by Ernest S. v. State Bd. of Educ. of Ga., 896 F.2d 507, 512 (11th Cir. 1990)(quoting H.R. 1609, 94th Cong., § 2 (1976)). As noted, Plaintiffs filed objections to the report and recommendation and the Court has carefully reviewed the objections.

For those issues that have not been specifically objected to, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law and those matters to which objections were filed, the Court accepts the factual findings and legal conclusions of the magistrate judge. The Court therefore accepts the Report and Recommendation of magistrate judge Douglas N. Frazier.

Accordingly, it is now

**ORDERED, ADJUDGED, and DECREED:**

1. United States Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. #51) is **ACCEPTED** and **ADOPTED**.

2. Plaintiff's Amended Motion for Class Certification (Doc. #35) is **DENIED**.

**DONE and ORDERED** at Fort Myers, Florida, this <u>8th</u> day of February, 2006.

                                                  VIRGINIA M. HERNANDEZ COVINGTON
                                                  UNITED STATES DISTRICT JUDGE

Copies:
All Counsel of Record